# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144504

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC:  144504
COA:  305888
Wayne CC:  11-002007-AR

WILBUR JACKSON,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 30, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012

_____
Clerk

p0425